

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00576-CV

**ESTATE OF DELFINA E. ALEXANDER**, Deceased

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2013-PBA-000133-L2
Honorable Jesus Garza, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed: September 17, 2014

APPEAL DISMISSED FOR LACK OF JURISDICTION

Appellants filed a Joint Notice of Appeal from an Order Granting Motion for Appointment of Appellate Counsel in Trial Cause Number 2013PBA000133L2. Because it appeared this court does not have jurisdiction to consider an appeal from this order; *see In the Guardianship of Glasser*, 297 S.W.3d 369 (Tex. App.—San Antonio 2009, no pet.); *In the Matter of the Estate of Levinson*, No. 04-08-00782-CV; 04-08-00929-CV; 04-09-00092-CV, 2009 WL 3400935 (Tex. App.—San Antonio Oct. 21, 2009, no pet.) (mem. op.); we ordered appellants to show cause in writing why this appeal should not be dismissed for lack of jurisdiction if they did not agree with this court's initial review of its jurisdiction.

On September 4, 2014, appellants filed a letter with this court stating: "Appellants agree with the Court's assessment of the jurisdictional issue as set forth in its order dated August 29, 2014."  Accordingly, we dismiss this appeal for lack of jurisdiction.[1]

PER CURIAM

---

[1] Our dismissal of this appeal should not be interpreted as a comment on the issue of whether the trial court erred in rendering the Order Granting Motion for Appointment of Appellate Counsel in Trial Cause Number 2013PBA000133L2, as that issue remains for future review upon entry of a final, appealable order or judgment.